# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PATRICIA AND DEAN AGUILAR

VERSUS

MAC'S CONSTRUCTION OF
SLIDELL, INC. AND MELISSA R.
HENRY IN HER CAPACITY AS
CLERK OF COURT FOR ST.
TAMMANY PARISH

NO.  2020 CW 0433

**JUNE 12, 2020**

---

In Re:   Mac's Construction of Slidell, Inc., applying for
supervisory writs, 22nd Judicial District Court,
Parish of St. Tammany, No. 2019-16729.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT NOT CONSIDERED.**  This writ application fails to comply
with Uniform Rules of Louisiana Courts of Appeal, Rule 4-
5(C)(10).  Relator, Mac's Construction of Slidell, Inc., failed
to include a copy of the pertinent court minutes.  In addition,
this court would require a transcript of the hearing in order to
properly review this evidentiary matter.

Supplementation  of  this  writ  application  and/or  an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation, the
missing items noted above, and must comply with Uniform Rules of
Louisiana Courts of Appeal, Rule 2-12.2.  Any new application
must be filed on or before July 13, 2020, and must contain a
copy of this ruling.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.